UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No.  14-44207-399 |
| | ) CHAPTER 13 |
| JATUANE MOBLEY, | ) |
| | ) |
| Debtor. | ) |
| and | ) re: doc 14 |
| | ) |
| **ALL CASES ON ATTACHED LIST** | ) |

**ORDER ON TRUSTEE'S MOTION FOR ORDER TO
TEMPORARILY HOLD DISBURSEMENT OF ATTORNEY FEES**

The Chapter 13 Trustee's Motion for Order to Temporarily Hold Disbursement of Attorney Fees was noticed and called for hearing on June 23, 2014. Present were the Movant, John V. LaBarge, Jr. Standing Chapter 13 Trustee, Elbert A. Walton, Jr., and James Clifton Robinson. I heard from each party present.  On June 10, 2014, an order was entered in case 11-46399-705 which immediately suspended Elbert A. Walton Jr. and James Clifton Robinson from practice in the Bankruptcy Court for the Eastern District of Missouri, which order has been appealed and for which a stay pending appeal has been requested.  The Chapter 13 Trustee will close his books on June 25th, 2014 so that he can make his monthly disbursement of funds to creditors, including disbursements of attorney fees. The Chapter 13 Trustee seeks an interim order directing him to hold, set aside, and reserve attorney fee disbursements to Elbert A. Walton, Jr. and James Clifton Robinson pending disposition of a further motion that is set for hearing on July 10, 2104, to determine Elbert A. Walton, Jr.'s and James Clifton Robinson's right to receive attorney fee disbursements in Chapter 13 cases while the suspension is in effect.  Elbert A. Walton, Jr. and James Clifton Robinson opposed the

Trustee's Motion.

For the reasons stated set forth on the record, and in order to maintain the status quo, it is hereby

**ORDERED** the Trustee's Motion be and it is hereby **GRANTED** in that the Trustee is directed, until further order of this court, to hold, set aside, and reserve all attorneys fees that would be payable to Elbert A. Walton Jr. (individually or operating as Metro Law Firm) or James Clifton Robinson. It is further

**ORDERED** that as soon as he is presented with an Order staying the June 10, 2014, Order issued in case 11-46399-705, the Trustee will convene an expedited hearing to see if the reserved fees should be paid out to Elbert A Walton Jr. (individually or operating as Metro Law Firm) or James Clifton Robinson. All other relief requested is **DENIED**.

DATED: June 23, 2014
St. Louis, Missouri 63102
wma

Barry S. Schermer
United States Bankruptcy Judge

order prepared by:
John V. LaBarge, Jr.

cc:

John V. LaBarge, Jr.
Standing Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

James Clifton Robinson
3919 Washington Blvd.
St. Louis, MO  63108

Critique Services
3919 Washington Blvd.
St. Louis, MO  63108

Elbert A Walton Jr.
2320 Chambers Rd.
St. Louis, MO  63136

Metro Law Firm LLC
2320 Chambers Rd.
St. Louis, MO  63136

Office of the U.S. Trustee
111 South Tenth St. Ste. 6353
St. Louis, MO  63102

| Case# | Last | Filed | Confirmed | Status |
|---|---|---|---|---|
| 09-46272 | IVY | 06/30/2009 | 01/29/2010 | ABOUT TO COMPLETE |
| 09-50170 | LANE | 10/12/2009 | 02/10/2010 | ACTIVE |
| 10-40621 | FORD SR | 01/26/2010 | 04/29/2010 | ACTIVE |
| 10-41259 | MITCHELL | 04/15/2010 | 11/15/2010 | ACTIVE |
| 10-41303 | FORD | 02/17/2010 | 09/09/2010 | ACTIVE |
| 10-48494 | VENSON | 07/28/2010 | 12/22/2010 | ACTIVE |
| 11-45054 | CUBB | 07/11/2011 | 10/28/2011 | ACTIVE |
| 11-47341 | PIPKINS | 07/13/2011 | 09/28/2011 | ACTIVE |
| 11-49578 | WAFFORD | 09/06/2011 | 01/26/2012 | ACTIVE |
| 11-50020 | BYRD | 09/20/2011 | 01/26/2012 | ACTIVE |
| 11-51702 | DAVIS | 11/03/2011 | 02/21/2012 | ACTIVE |
| 11-52821 | HALL | 12/10/2011 | 08/02/2012 | ACTIVE |
| 12-45305 | HILL | 05/31/2012 | 11/01/2012 | ACTIVE |
| 12-46561 | TATE-RAY | 07/07/2012 | 02/11/2013 | CONVERTED AFTER CONFIRMATIC |
| 12-46652 | BRYANT | 07/10/2012 | 09/28/2012 | ACTIVE |
| 12-47474 | WEST | 08/02/2012 | 11/01/2012 | ACTIVE |
| 12-47941 | FRANKLIN | 08/16/2012 | 11/19/2012 | ACTIVE |
| 12-48683 | ELLIS | 09/04/2012 | 02/20/2013 | ACTIVE |
| 12-50093 | PATE | 10/18/2012 | 01/24/2013 | ACTIVE |
| 12-50224 | KELLER | 10/23/2012 | 06/24/2013 | ACTIVE |
| 12-50343 | MARTIN | 10/25/2012 | 01/24/2013 | ACTIVE |
| 12-51192 | HAYES | 11/20/2012 | 04/10/2013 | ACTIVE |
| 12-51626 | BOYD | 12/05/2012 | 02/20/2013 | ACTIVE |
| 12-51757 | TAYLOR | 12/11/2012 | 02/20/2013 | ACTIVE |
| 12-51870 | WILSON | 12/13/2012 | 04/10/2013 | ACTIVE |
| 12-51970 | WRIGHT | 12/18/2012 | 02/20/2013 | ACTIVE |
| 13-40057 | HAMMOND | 01/03/2013 | 04/10/2013 | ACTIVE |
| 13-40169 | SMOTHERMAN | 01/08/2013 | 04/10/2013 | ACTIVE |
| 13-40312 | BURNETTE | 01/15/2013 | 03/13/2013 | ACTIVE |
| 13-40324 | RANCIVILLE | 01/15/2013 | 04/10/2013 | ACTIVE |
| 13-40407 | WADKINS-SMITH | 01/17/2013 | 04/10/2013 | ACTIVE |
| 13-40795 | DAVIS | 01/31/2013 | 07/18/2013 | ACTIVE |
| 13-41257 | ELLIS | 02/19/2013 | 10/10/2013 | ACTIVE |
| 13-41446 | WALKER-BLACK | 02/26/2013 | 05/17/2013 | ACTIVE |
| 13-41946 | LEE | 03/09/2013 | 05/17/2013 | ACTIVE |
| 13-41947 | PATTMAN | 03/09/2013 | 08/30/2013 | ACTIVE |
| 13-42036 | KIRKENDOLL | 03/13/2013 | 06/24/2013 | ACTIVE |
| 13-42454 | EWING | 03/21/2013 | 06/24/2013 | ACTIVE |
| 13-43339 | STRAHAN | 04/11/2013 | 11/07/2013 | ACTIVE |
| 13-43766 | WHITE | 04/23/2013 | 07/18/2013 | ACTIVE |
| 13-44094 | TAYLOR | 04/30/2013 | 08/30/2013 | ACTIVE |
| 13-44956 | SMITH | 05/28/2013 | 09/06/2013 | ACTIVE |
| 13-45634 | LEOPOLD | 06/18/2013 | 09/19/2013 | ACTIVE |
| 13-46336 | HIGGINS | 07/10/2013 | 09/23/2013 | ACTIVE |
| 13-46639 | ZIMMERMAN | 07/19/2013 | 11/07/2013 | ACTIVE |
| 13-47193 | KELLY | 08/06/2013 | 12/12/2013 | ACTIVE |
| 13-47312 | THOMAS | 08/08/2013 | 11/07/2013 | ACTIVE |
| 13-47429 | SMITH | 08/13/2013 | 11/12/2013 | ACTIVE |
| 13-47524 | BANKS | 08/15/2013 | 11/07/2013 | ACTIVE |
| 13-47525 | MCLEMORE | 08/15/2013 | 01/23/2014 | ACTIVE |
| 13-47902 | SHELTON | 08/27/2013 | 11/07/2013 | ACTIVE |
| 13-48147 | GRIFFIN SR | 09/03/2013 | 01/29/2014 | ACTIVE |
| 13-48344 | MOODY | 09/10/2013 | 01/29/2014 | ACTIVE |
| 13-48378 | ARCHABLE | 09/11/2013 | 12/12/2013 | ACTIVE |
| 13-48379 | KIBBLE | 09/11/2013 | 11/12/2013 | ACTIVE |
| 13-48562 | ALLEN | 09/17/2013 | 12/12/2013 | ACTIVE |
| 13-48661 | GUERRERO | 09/19/2013 | 01/23/2014 | ACTIVE |
| 13-48663 | MCDANIEL | 09/19/2013 | 12/12/2013 | ACTIVE |
| 13-48776 | STEWART | 09/24/2013 | 12/12/2013 | ACTIVE |
| 13-48777 | CURTIS | 09/24/2013 | 03/11/2014 | ACTIVE |

| Case# | Last | Filed | Confirmed | Status |
|---|---|---|---|---|
| 13-49137 | LEWIS | 10/05/2013 | 02/19/2014 | ACTIVE |
| 13-49151 | BOLDEN SR | 10/07/2013 | 12/12/2013 | ACTIVE |
| 13-49287 | WOOLDRIDGE | 10/10/2013 | 02/19/2014 | ACTIVE |
| 13-49290 | WASHINGTON | 10/10/2013 | 12/12/2013 | ACTIVE |
| 13-49407 | ERHART | 10/15/2013 | 01/23/2014 | ACTIVE |
| 13-49478 | ARTHUR | 10/17/2013 | 02/21/2014 | ACTIVE |
| 13-49791 | WOODS | 10/26/2013 | 01/24/2014 | ACTIVE |
| 13-50090 | TURNER JR | 11/05/2013 | 01/24/2014 | ACTIVE |
| 13-51014 | JONES | 12/11/2013 | 04/16/2014 | ACTIVE |
| 13-51015 | MCGROARTY | 12/11/2013 | 01/01/1900 | DISMISSED PRIOR TO CONFIRMAT |
| 13-51274 | CAMPBELL | 12/20/2013 | 03/11/2014 | ACTIVE |
| 13-51383 | BROWN | 12/27/2013 | 05/09/2014 | ACTIVE |
| 14-40537 | MCTYER | 01/28/2014 | 01/01/1900 | ACTIVE |
| 14-40692 | HORTON | 02/04/2014 | 01/01/1900 | ACTIVE |
| 14-40693 | WILLIAMS | 02/04/2014 | 01/01/1900 | DISMISSED PRIOR TO CONFIRMAT |
| 14-40768 | COTTON | 02/07/2014 | 04/16/2014 | ACTIVE |
| 14-41016 | DARRIS | 02/19/2014 | 04/16/2014 | ACTIVE |
| 14-41150 | BETHANY | 02/24/2014 | 01/01/1900 | ACTIVE |
| 14-41152 | RIDDLE | 02/24/2014 | 01/01/1900 | ACTIVE |
| 14-41615 | BROWN | 03/07/2014 | 05/12/2014 | ACTIVE |
| 14-41671 | STEWART-WALKER | 03/10/2014 | 01/01/1900 | DISMISSED PRIOR TO CONFIRMAT |
| 14-43038 | ANTHONY | 04/17/2014 | 01/01/1900 | ACTIVE |
| 14-43139 | BRUNSON | 04/21/2014 | 01/01/1900 | ACTIVE |
| 14-43255 | WEBB | 04/23/2014 | 01/01/1900 | DISMISSED PRIOR TO CONFIRMAT |
| 14-43468 | MCCOY | 04/29/2014 | 01/01/1900 | ACTIVE |
| 14-43086 | SLAYTON | 04/18/2014 | 01/01/1900 | ACTIVE |
| 14-43808 | WISE | 05/09/2014 | 01/01/1900 | ACTIVE |
| 14-44050 | HARRIS | 05/19/2014 | 01/01/1900 | ACTIVE |
| 14-44207 | MOBLEY | 05/22/2014 | 01/01/1900 | ACTIVE |

**TOTAL: 89 CASES**

| Case# | Last | Filed | Confirmed | Status |
|---|---|---|---|---|
| 10-42601 | WILLIAMS | 03/16/2010 | 05/13/2010 | ACTIVE |
| 10-50351 | FLOYD | 09/10/2010 | 11/30/2010 | COMPLETED (J) |
| 11-46126 | CARTER JR | 06/09/2011 | 12/21/2011 | ACTIVE |
| 11-46146 | STOKES | 06/10/2011 | 11/29/2011 | ACTIVE |
| 11-46794 | STITH | 06/29/2011 | 12/20/2011 | ACTIVE |
| 11-48294 | TYLER | 08/04/2011 | 10/28/2011 | ACTIVE |
| 11-49956 | QUINN-DAVIS | 09/16/2011 | 11/29/2011 | ACTIVE |
| 12-41859 | ROSE | 03/02/2012 | 07/30/2012 | ACTIVE |
| 12-42168 | DIGGS | 03/12/2012 | 06/25/2012 | ACTIVE |
| 12-48071 | JACKSON | 08/21/2012 | 11/19/2012 | DISMISSED AFTER CONFIRMATION |
| 12-50213 | NYAMAPFENE | 10/23/2012 | 01/25/2013 | ACTIVE |
| 12-51089 | LINDSEY | 11/16/2012 | 02/20/2013 | ACTIVE |
| 13-41745 | WOODS | 03/04/2013 | 12/11/2013 | ACTIVE |
| 13-50469 | RHYMES | 11/19/2013 | 01/24/2014 | ACTIVE |
| 14-41721 | WILSON | 03/11/2014 | 01/01/1900 | ACTIVE |

**TOTAL: 15 CASES**